FILED

10/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0145

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0145

_____

PUBLIC LAND/WATER ACCESS ASSOCIATION,
INC.,

        Plaintiff and Appellant,

   v.

MARK L. ROBBINS and DEANNA M. ROBBINS;
ROBERT "ROBIN" E. FINK (a/k/a ROBERT
"ROBIN" ELI FINK) and KATHIE FINK; DAVID D.
MURRAY; CLEO BOYCE, MARY D. BOYCE, DAN
BOYCE and LAURA BOYCE; JOANNE OWENS
PIERCE, and the MARABETH OWENS OSTWALD
REVOCABLE TRUST DATED NOVEMBER 27,
2012; and THE STATE OF MONTANA; FERGUS
COUNTY, MONTANA.

        Defendants and Appellees.

_____

O R D E R

     Appellant Public Land/Water Access Association has filed a motion for an Extension of Time within which to file its reply brief.

     IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before November 22, 2020.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 20 2020